WILLIAM A. BRADY, Appellant and Respondent, *v.* PATRICK T. POWERS et al., Respondents and Appellants, Impleaded with Another.

*Brady* v. *Powers,* 112 App. Div. 845, modified.
(Argued April 30, 1907; decided May 21, 1907.)

CROSS-APPEALS from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered

April 28, 1906, modifying and affirming as modified a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action for a dissolution of a partnership and for an accounting.

*David Gerber* for plaintiff, appellant and respondent.

*James A. Allen* and *Roger Foster* for defendants, respondents and appellants.

Judgment of the Appellate Division modified so as to provide that the plaintiff, William A. Brady, recover of the defendant Patrick T. Powers the sum of $3,798.01, with interest thereon from the 13th day of December, 1904; that the plaintiff also recover a separate and independent judgment against the defendant Kate Kennedy, as administratrix of the goods, chattels and credits of James C. Kennedy, deceased, for the like sum of $3,798.01, with interest thereon from the 13th day of December, 1904; that the plaintiff recover of the said defendants jointly and severally the sum of $2,452.43, being the costs and disbursements allowed by the judgment of the Special Term, with interest thereon from the 13th day of December, 1904, and that said judgment as so modified be affirmed, without costs in this court to either party. No opinion.

Concur: CULLEN, Ch. J., O'BRIEN, VANN, WERNER and WILLARD BARTLETT, JJ. For affirmance without modification: GRAY and CHASE, JJ.